FILED
OCT 9  11 46 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

10/21/03: Motion GRANTED, nunc pro tunc, to and including 10/15/03.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.
Janet Bond Arterton, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA MICHAELS, AS PARENT AND
NEXT FRIEND OF SHANE MICHAELS,
SHANE MICHAELS
         Plaintiff      :    CIVIL ACTION NO. 3:02CV1446 (JBA)

vs.                     :

THE BOROUGH OF NAUGATUCK,
PATROLMAN BART DEELEY,
OFFICER HUNT             :    OCTOBER 8, 2003
         Defendant

## MOTION FOR EXTENSION OF TIME

Plaintiffs in the above-captioned matter hereby move for an extension of time to Wednesday, October 15, 2003, to file their papers in opposition to defendant Borough of Naugatuck's Motion for Summary Judgment.

Plaintiffs have completed drafting the Memorandum of Law in Opposition, and their Counter-Statement of Facts. Plaintiffs have also completed compiling all the documentation they will be submitting in support of their opposition motion. However, plaintiffs intended to file a sworn affidavit from an individual known as John Laverty in support of their opposition. Mr. Laverty had confirmed that he was willing to sign an affidavit last Friday. Through some miscommunication between plaintiffs' counsel and Mr. Laverty, Mr. Laverty has left the state without signing his affidavit. He has confirmed as recently as Tuesday afternoon that he remains willing to sign the affidavit, but he is out of the state until this weekend.

FILED
OCT 21  12 4 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.