

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA MICHAELS, AS PARENT AND NEXT FRIEND OF SHANE MICHAELS, SHANE MICHAELS | : | CIVIL ACTION NO. **3:02CV1446 (JBA)** |
| Plaintiff | : | |
| vs. | : | |
| THE BOROUGH OF NAUGATUCK, PATROLMAN BART DEELEY, OFFICER HUNT | : | OCTOBER 30, 2003 |
| Defendant | | |

## MOTION FOR EXTENSION OF TIME

The plaintiffs move for an extension of time to file the joint trial memorandum which is due on November 3rd and state the following:

1. The parties have made some progress in settlement talks which were instituted after the submission of the summary judgment papers to this Court;

2. The parties have a reasonable belief that a settlement may be reached by November 3rd;

3. The parties wish to avoid incurring further attorney's fees and expenses in the preparation of the joint trial memorandum unless the parties fail to reach an amicable resolution within the next few days;

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. This matter is scheduled for jury selection on December 3rd with the trial to begin on December 8th, so that a delay of four days in the filing of the joint trial memorandum will not adversely affect the trial of this matter.

5. The defendant joins in the request for this extension of time.

WHEREFORE, the parties move for an extension of time to November 7, 2003 to file the joint trial memorandum.

          THE PLAINTIFFS
          LINDA MICHAELS, as parent and next friend of Shane
          Michaels and SHANE MICHAELS

By _____
     David S. Doyle
     Fed. Bar No. ct02987
     THE MARCUS LAW FIRM
     111 Whitney Avenue
     New Haven, CT 06510

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, by first class U.S. mail, postage prepaid, this 30th day of October, 2003, to:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT  06123-1277

David S. Doyle, Esq.
Fed. Bar No. ct02987
THE MARCUS LAW FIRM
111 Whitney Avenue
New Haven, CT  06510