UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAELS                                :

v.                                      : NO. 3:02cv1446 (JBA)

BOROUGH OF NAUGATUCK                    :

FILED
Nov 4  8 23 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### NOTICE TO COUNSEL

On November 03, 2003, Attorney Doyle reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 03, 2003 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

                            BY ORDER OF THE COURT,
                            KEVIN F. ROWE, CLERK

                            Betty Jean Torday
                            Courtroom Deputy

Dated at New Haven, Connecticut: November 03, 2003