23

FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA MICHAELS, AS PARENT AND<br>NEXT FRIEND OF SHANE MICHAELS,<br>SHANE MICHAELS | : | CIVIL ACTION NO. **3:02CV1446 (JBA)** |
| Plaintiff | : | |
| vs. | : | |
| THE BOROUGH OF NAUGATUCK,<br>PATROLMAN BART DEELEY,<br>OFFICER HUNT | : | OCTOBER 30, 2003 |
| Defendant | | |



### MOTION FOR EXTENSION OF TIME

The plaintiffs move for an extension of time to file the joint trial memorandum which is due on November 3rd and state the following:

1. The parties have made some progress in settlement talks which were instituted after the submission of the summary judgment papers to this Court;

2. The parties have a reasonable belief that a settlement may be reached by November 3rd;

3. The parties wish to avoid incurring further attorney's fees and expenses in the preparation of the joint trial memorandum unless the parties fail to reach an amicable resolution within the next few days;

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

---

*Margin annotation (left side, rotated):* 11/07/03: Motion GRANTED, for good cause shown, to and including 11/? IT IS SO ORDERED. Dated at New Haven, Connecticut.

*Stamp:* FILED Nov 12 4:34 '03 U.S. DISTRICT COURT NEW HAVEN, CONN.