UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA MICHAELS<br>SHANE MICHAELS | :<br>:<br>: Civil No. 3:02cv1446 (JBA)<br>: |
| BOROUGH OF NAUGATUCK<br>BART DEELEY<br>STEVEN HUNT | :<br>:<br>: |

FILED
DEC 15  4 43 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ORDER OF DISMISSAL

Notice having been sent to counsel of record on November 4, 2003 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before December 3, 2003,

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

IT IS SO ORDERED:

Janet Bond Arterton, U.S.D.J.